UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        Plaintiff,

  -v-

                                      07-CV-303-A

$85,000 UNITED STATES CURRENCY,

        Defendant

**ORDER OF PUBLICATION**

Upon review of the Petition for Order of Publication filed by the plaintiff which was dated June 12, 2007, and upon all the pleadings and proceedings in this action, by all of which it appears to the satisfaction of this Court that the plaintiff is entitled to the relief herein granted, it is hereby

**ORDERED**, that the plaintiff is to provide public notice of this action by publishing once in the Niagara Gazette, as provided for in Title 28, United States Code, Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims; and it is further

**ORDERED**, that said public notice must specify that a verified Claim must be filed with the Clerk of the United States District Court, Western District of New York, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture

Claims, no later than 35 days after the direct notice was sent under Rule G(4)(b); or if notice was published but direct notice was not sent to the claimant or the claimant's attorney, no later than 30 days after final publication of newspaper notice or legal notice under Rule G(4)(a); or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time within which a person must file such verified claim; and must serve his or her Answer to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty (20) days after filing the claim.

SO ORDERED.

s/ *Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED:  June 18, 2007